UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| ELLEN ELIZABETH TARR, *on behalf of herself and all others similarly situated*, | 24 Civ. 426 (GS) |
| Plaintiff, | **ORDER** |
| - against - | |
| D'ORE JEWELERS NY, INC., | |
| Defendant. | |

-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

This action's docket reflects that Defendant's response to Plaintiff's Complaint was due on April 25, 2024. (Dkt. No. 11). However, the last filing from either party occurred on March 25, 2024. (Dkt. No. 10). As such, Defendant is ordered to update the Court by letter as to the status of this matter by **Tuesday, May 21, 2024**.

    SO ORDERED.

DATED:   New York, New York
           May 16, 2024

_____
GARY STEIN
United States Magistrate Judge